IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TRUDY L. BREWER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-cv-00246-NKL |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JUDGMENT IN A CIVIL CASE**

☐     Jury Verdict.  This action came before the Court for a trial by jury.


XX     Decision by Court.  This action came to trial or hearing before the Court.

       The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable

Nanette K. Laughrey on November 1, 2010,  Plaintiff Trudy Brewer's Social Security

Complaint [Doc. # 1] is DENIED and the ALJ's decision is affirmed.

                                   AT THE DIRECTION OF THE COURT

Dated: November 1, 2010           ANN THOMPSON
                                   Clerk

                                   s/ RENEA KANIES
                                   By: Renea Kanies, Courtroom Deputy